# UPSOLVE

*U.S. COURTS*
*JUN 10 2019*
*Rcvd_____ Filed_____ Time 11:30 am*
*STEPHEN W. KENYON*
*CLERK, DISTRICT OF IDAHO*

Clerk of Court
U.S. Bankruptcy Court
District of Idaho

In re: Christopher A. Rubio

Dear Clerk of Court,

I am the executive director of Upsolve.org. Upsolve is a national legal aid nonprofit funded by the Legal Services Corporation and leading philanthropic foundations. We provide free Chapter 7 assistance for low-income debtors who need a fresh start but cannot afford counsel.

I am writing to notify the Court that Upsolve has assisted the above-captioned debtor in preparing their Chapter 7 forms. Upsolve is not the pro se debtor's attorney. And because we have provided our services pro bono, **Upsolve is not a petition preparer** under section 110 of the Bankruptcy Code. As a result, Official Form 119 is not required of the debtor and has not been provided.

If you have any additional questions, please do not hesitate to contact me at jonathan@upsolve.org. Please docket this letter.

Respectfully Submitted,

*Jonathan Petts*
Jonathan Petts