U.S. COURTS

JUN 10 2019  Time 11:50 AM

Rcvd_____ Filed_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF IDAHO

In re:  ) Case No. _____
        )
___CHRISTOPHER A. RUBIO___ ) Chapter 7
        Debtor. )

**PAY ADVICE COVER SHEET**

The following pay advice/income record information is filed on behalf of the debtors:

[✓] All pay advices from the last 60 days are attached.

[ ] The debtor certifies by his/her signature below that he/she has no pay records because:

  [ ] Debtor was unemployed.

  [ ] Debtor was paid in cash.

  [ ] Debtor lost pay stubs.

  [ ] Other explanation: _____.

✗ *Christopher Rubio*
Signature of Debtor 1, Filing Pro Se

Executed on _____
             MM / DD / YYYY

| CO ENV | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| | 302821 | | | 0000160517  1 |

536-0001

# Earnings Statement 

**GLANBIA FOODS INC**
121 4TH AVE S
TWIN FALLS, ID 83301

Period Beginning: 04/07/2019
Period Ending: 04/13/2019
Pay Date: 04/19/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  ID: 3

CHRISTOPHER ANTHONY RUBIO
1668 E 1750 S
GOODING ID 83330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5200 | 60.88 | 1,066.61 | 9,630.21 |
| Overtime | 26.2800 | 1.49 | 39.15 | 1,529.50 |
| Reg Shift | 18.0200 | 2.03 | 36.58 | 801.53 |
| Reg Shift | 18.0200 | 1.39 | 25.05 | |
| Shift Ot | 27.0400 | .24 | 6.49 | 165.15 |
| Vacation | 17.5200 | 24.00 | 420.48 | 420.48 |
| Bonus | | | | 197.56 |
| Hol Wrk Shft | | | | 19.46 |
| Hol Wrked | | | | 301.69 |
| Holiday | | | | 420.48 |
| Sick | | | | 420.48 |
| **Gross Pay** | | | **$1,594.36** | 13,906.54 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -144.81 | 1,022.25 |
| | Social Security Tax | -90.78 | 797.58 |
| | Medicare Tax | -21.23 | 186.53 |
| | ID State Income Tax | -32.00 | 337.00 |
| | **Other** | | |
| | Accident Ins | -3.66 | 29.28 |
| | Dental Plan | -7.00* | 56.00 |
| | Fsa Health | -4.38* | 35.04 |
| | Illness Plan | -5.63 | 45.04 |
| | Medical Plan | -114.00* | 912.00 |
| | SUPPORT | -275.04 | 2,200.32 |
| | Vision Plan | -5.98* | 47.84 |
| | 401K | -47.83* | 411.27 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan | -18.36 | 146.88 |
| **Net Pay** | **$823.66** | |
| Checking | -823.66 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,415.17

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Holida | 8.00 | |
| G.T.L. | 1.06 | 8.48 |
| K Match | 47.83 | 411.27 |
| Sick | 8.00 | |
| Vacation | 107.07 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 208-735-4152

© 2000 ADP, LLC

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Advice number: 00000160517
Pay date: 04/19/2019

Deposited to the account of
CHRISTOPHER ANTHONY RUBIO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9004 | xxxx xxxx | $823.66 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | | |
|---|---|---|---|---|---|---|
| ENV | 302821 | | | 0000140524 | 1 | |
| | | | | 543-0001 | | |

# Earnings Statement 

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Period Beginning: 03/17/2019
Period Ending: 03/30/2019
Pay Date: 04/05/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  ID: 3

CHRISTOPHER ANTHONY RUBIO
1668 E 1750 S
GOODING ID 83330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5200 | 71.67 | 1,255.66 | 8,563.60 |
| Overtime | 26.2800 | 8.77 | 230.48 | 1,490.35 |
| Reg Shift | 18.0200 | 4.03 | 72.62 | 739.90 |
| Reg Shift | 18.0200 | 2.77 | 49.92 | |
| Shift Ot | 27.0300 | .87 | 23.52 | 158.66 |
| Bonus | | | | 197.56 |
| Hol Wrk Shft | | | | 19.46 |
| Hol Wrked | | | | 301.69 |
| Holiday | | | | 420.48 |
| Sick | | | | 420.48 |
| **Gross Pay** | | | **$1,632.20** | 12,312.18 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -149.22 | 877.44 |
| | Social Security Tax | -93.11 | 706.80 |
| | Medicare Tax | -21.78 | 165.30 |
| | ID State Income Tax | -35.00 | 305.00 |
| | Other | | |
| | Accident Ins | -3.66 | 25.62 |
| | Dental Plan | -7.00* | 49.00 |
| | Fsa Health | -4.38* | 30.66 |
| | Illness Plan | -5.63 | 39.41 |
| | Medical Plan | -114.00* | 798.00 |
| | SUPPORT | -275.04 | 1,925.28 |
| | Vision Plan | -5.98* | 41.86 |
| | 401K | -48.97* | 363.44 |
| | 401K Loan | -18.36 | 128.52 |

| | |
|---|---|
| Net Pay | $850.07 |
| Checking | -850.07 |
| Net Check | $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,451.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Holida | 8.00 | |
| G.T.L. | 1.06 | 7.42 |
| K Match | 48.97 | 363.44 |
| Sick | 8.00 | |
| Vacation | 100.61 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 208-735-4152

© 2000 ADP, LLC

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Advice number: 00000140524
Pay date: 04/05/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHRISTOPHER ANTHONY RUBIO | xxxxxx9004 | xxxx xxxx | $850.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. ENV | FILE | DEPT. | CLOCK | VCHR NO. |
|---|---|---|---|---|
| | 302821 | | | 0000120523 |

551-0001

# Earnings Statement

**ADP**

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Period Beginning: 03/03/2019
Period Ending: 03/16/2019
Pay Date: 03/22/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:  0
  ID:       3

CHRISTOPHER ANTHONY RUBIO
1668 E 1750 S
GOODING ID 83330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5200 | 71.47 | 1,252.15 | 7,307.94 |
| Overtime | 26.2800 | 12.03 | 316.15 | 1,259.87 |
| Reg Shift | 18.0200 | 3.60 | 64.87 | 617.36 |
| Reg Shift | 18.0200 | 2.90 | 52.26 | |
| Shift Ot | 27.0300 | 1.15 | 31.08 | 135.14 |
| Bonus | | | | 197.56 |
| Hol Wrk Shft | | | | 19.46 |
| Hol Wrked | | | | 301.69 |
| Holiday | | | | 420.48 |
| Sick | | | | 420.48 |
| **Gross Pay** | | | **$1,716.51** | 10,679.98 |

**Net Pay**          **$909.58**
Checking            -909.58
**Net Check**        **$0.00**

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,533.65

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -159.03 | 728.22 |
| Social Security Tax | -98.35 | 613.69 |
| Medicare Tax | -23.00 | 143.52 |
| ID State Income Tax | -41.00 | 270.00 |
| **Other** | | |
| Accident Ins | -3.66 | 21.96 |
| Dental Plan | -7.00* | 42.00 |
| Fsa Health | -4.38* | 26.28 |
| Illness Plan | -5.63 | 33.78 |
| Medical Plan | -114.00* | 684.00 |
| SUPPORT | -275.04 | 1,650.24 |
| Vision Plan | -5.98* | 35.88 |
| 401K | -51.50* | 314.47 |
| 401K Loan | -18.36 | 110.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Holida | 8.00 | |
| G.T.L. | 1.06 | 6.36 |
| K Match | 51.50 | 314.47 |
| Sick | 8.00 | |
| Vacation | 94.15 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 208-735-4152

EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS
HAVE BEEN CHANGED FROM 3 TO 0.

© 2000 ADP, LLC

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Advice number:   00000120523
Pay date:        03/22/2019

Deposited to the account of
CHRISTOPHER ANTHONY RUBIO



| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9004 | xxxx xxxx | $909.58 |

# NON-NEGOTIABLE

| CO. ENV | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| | 302821 | | | 0000100522 | | |

544-0001

**Earnings Statement** ADP

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Period Beginning: 02/17/2019
Period Ending: 03/02/2019
Pay Date: 03/08/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   3
  ID:   3

CHRISTOPHER ANTHONY RUBIO
1668 E 1750 S
GOODING ID 83330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5200 | 73.52 | 1,288.07 | 6,055.79 |
| Overtime | 26.2800 | 18.26 | 479.88 | 943.72 |
| Reg Shift | 18.0200 | 3.12 | 56.22 | 500.23 |
| Reg Shift | 18.0200 | 3.36 | 60.55 | |
| Shift Ot | 27.0300 | 1.85 | 50.00 | 104.06 |
| Bonus | | | | 197.56 |
| Hol Wrk Shft | | | | 19.46 |
| Hol Wrked | | | | 301.69 |
| Holiday | | | | 420.48 |
| Sick | | | | 420.48 |
| **Gross Pay** | | | **$1,934.72** | 8,963.47 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -126.28 | 569.19 | |
| | Social Security Tax | -111.87 | 515.34 | |
| | Medicare Tax | -26.16 | 120.52 | |
| | ID State Income Tax | -55.00 | 229.00 | |
| | Other | | | |
| | Accident Ins | -3.66 | 18.30 | |
| | Dental Plan | -7.00* | 35.00 | |
| | Fsa Health | -4.38* | 21.90 | |
| | Illness Plan | -5.63 | 28.15 | |
| | Medical Plan | -114.00* | 570.00 | |
| | SUPPORT | -275.04 | 1,375.20 | |
| | Vision Plan | -5.98* | 29.90 | |
| | 401K | -58.04* | 262.97 | |
| | 401K Loan | -18.36 | 91.80 | |

Net Pay           $1,123.32
Checking          -1,123.32
Net Check         $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,745.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Holida | 8.00 | |
| G.T.L. | 1.06 | 5.30 |
| K Match | 58.04 | 262.97 |
| Sick | 8.00 | |
| Vacation | 87.69 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 208-735-4152

© 2000 ADP, LLC

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Advice number:   00000100522
Pay date:        03/08/2019

Deposited to the account of
CHRISTOPHER ANTHONY RUBIO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9004 | xxxx xxxx | $1,123.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ENV | 302821 | | | 0000080529 | |
| 551-0001 | | | | | |

**Earnings Statement** ADP

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Period Beginning: 02/03/2019
Period Ending: 02/16/2019
Pay Date: 02/22/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  ID: 3

CHRISTOPHER ANTHONY RUBIO
1668 E 1750 S
GOODING ID 83330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5200 | 68.96 | 1,208.18 | 4,767.72 |
| Reg Shift | 18.0200 | 2.60 | 46.85 | 383.46 |
| Reg Shift | 18.0200 | 1.91 | 34.42 | |
| Sick | 17.5200 | 12.00 | 210.24 | 420.48 |
| Overtime | | | | 463.84 |
| Bonus | | | | 197.56 |
| Hol Wrk Shft | | | | 19.46 |
| Hol Wrked | | | | 301.69 |
| Holiday | | | | 420.48 |
| Shift Ot | | | | 54.06 |
| **Gross Pay** | | | **$1,499.69** | 7,028.75 |

| Deductions | | | | |
|---|---|---|---|---|
| **Statutory** | | | | |
| Federal Income Tax | | | -75.64 | 442.91 |
| Social Security Tax | | | -84.90 | 403.47 |
| Medicare Tax | | | -19.86 | 94.36 |
| ID State Income Tax | | | -26.00 | 174.00 |
| **Other** | | | | |
| Accident Ins | | | -3.66 | 14.64 |
| Dental Plan | | | -7.00* | 28.00 |
| Fsa Health | | | -4.38* | 17.52 |
| Illness Plan | | | -5.63 | 22.52 |
| Medical Plan | | | -114.00* | 456.00 |
| SUPPORT | | | -275.04 | 1,100.16 |
| Vision Plan | | | -5.98* | 23.92 |
| 401K | | | -44.99* | 204.93 |
| 401K Loan | | | -18.36 | 73.44 |

**Net Pay** $814.25
Checking -814.25
**Net Check** $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,323.34

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Holida | 8.00 | |
| G.T.L. | 1.06 | 4.24 |
| K Match | 44.99 | 204.93 |
| Sick | 20.00 | |
| Vacation | 81.23 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 208-735-4152

© 2000 ADP, LLC

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Advice number: 00000080529
Pay date: 02/22/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHRISTOPHER ANTHONY RUBIO | xxxxxx9004 | xxxx xxxx | $814.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO ENV | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| | 302821 | | | 000000060525 | | |

548-0001

# Earnings Statement  ADP

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Period Beginning: 01/20/2019
Period Ending: 02/02/2019
Pay Date: 02/08/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  ID: 3

CHRISTOPHER ANTHONY RUBIO
1668 E 1750 S
GOODING ID 83330

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5200 | 71.57 | 1,253.91 | 3,559.54 |
| Overtime | 26.2800 | 8.83 | 232.05 | 463.84 |
| Reg Shift | 18.0200 | 6.26 | 112.81 | 302.19 |
| Shift Ot | 27.0000 | .12 | 3.24 | 54.06 |
| Bonus | | | | 197.56 |
| Hol Wrk Shft | | | | 19.46 |
| Hol Wrked | | | | 301.69 |
| Holiday | | | | 420.48 |
| Sick | | | | 210.24 |
| **Gross Pay** | | | **$1,602.01** | 5,529.06 |

| Other | this period | year to date |
|---|---|---|
| Checking | -886.76 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,422.59

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Holida | 8.00 | |
| G.T.L. | 1.06 | 3.18 |
| K Match | 48.06 | 159.94 |
| Sick | 20.00 | |
| Vacation | 74.76 | |

**Important Notes**
YOUR COMPANY'S ER PHONE NUMBER IS 208-735-4152

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -87.55 | 367.27 |
| | Social Security Tax | -91.25 | 318.57 |
| | Medicare Tax | -21.34 | 74.50 |
| | ID State Income Tax | -33.00 | 148.00 |
| | Other | | |
| | Accident Ins | -3.66 | 10.98 |
| | Dental Plan | -7.00* | 21.00 |
| | Fsa Health | -4.38* | 13.14 |
| | Illness Plan | -5.63 | 16.89 |
| | Medical Plan | -114.00* | 342.00 |
| | SUPPORT | -275.04 | 825.12 |
| | Vision Plan | -5.98* | 17.94 |
| | 401K | -48.06* | 159.94 |
| | 401K Loan | -18.36 | 55.08 |
| **Net Pay** | | **$886.76** | |

© 2000 ADP, LLC

GLANBIA FOODS INC
121 4TH AVE S
TWIN FALLS, ID 83301

Advice number: 00000060525
Pay date: 02/08/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHRISTOPHER ANTHONY RUBIO | xxxxxx9004 | xxxx xxxx | $886.76 |


THIS IS NOT A CHECK

# NON-NEGOTIABLE